| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Uncle Munchies, LLC** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | **DBA  Duffy's Ale House**  **DBA  Duffy's Wing House** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-3791283** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **95 E Hoffman Ave**  **Lindenhurst, NY 11757** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Suffolk**  County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor **Uncle Munchies, LLC**                                    Case number (*if known*)
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor  **Uncle Munchies, LLC**  Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district?***  *Check all that apply:*

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
    Contact name _____
    Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Uncle Munchies, LLC**                                           Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May  4, 2016**
             MM / DD / YYYY

**X** **/s/ Eugene Arnold**                                    **Eugene Arnold**
Signature of authorized representative of debtor               Printed name

Title  **Managing Member**

**18. Signature of attorney**   **X** **/s/ Robert J. Spence**                 Date **May  4, 2016**
                                 Signature of attorney for debtor              MM / DD / YYYY

**Robert J. Spence**
Printed name

**Spence Law Office, P.C.**
Firm name

**500 N. Broadway**
**Suite 149**
**Jericho, NY 11753**
Number, Street, City, State & ZIP Code

Contact phone  **516-336-2060**     Email address

**rs3506**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Uncle Munchies, LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an amended filing |
| Case number (if known): | | |

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Aramark** **50 Mercedes Way** **Brentwood, NY 11717** | | | | | | **$3,500.00** |
| **Direct Merchants Bank** **PO Box 5894** **Carol Stream, IL 60197-5894** | | | **Contingent Unliquidated Disputed** | $6,800.00 | $0.00 | $6,800.00 |
| **Don Refrigeration Co** **194 Old Sunrise Hwy** **Massapequa, NY 11758** | | | | | | **$2,387.00** |
| **Driscoll Foods** **174 Delawanna Avenue** **Clifton, NJ 07014** | | | | | | **$6,606.00** |
| **Eagle Sanitation, Inc** **20 Otis Street** **West Babylon, NY 11704** | | | | | | **$9,549.00** |
| **Eugene Arnold** **314 Westview Ave** **Deer Park, NY** | | **Loan to Debtor** | | | | **$90,000.00** |
| **Frasca Design** **156 Mineola Blvd** **Mineola, NY 11501** | | | | | | **$3,865.00** |
| **Gianni Landscaping** **PO Box 854** **Lindenhurst, NY 11757** | | | | | | **$2,600.00** |
| **Humberto Hernandes** | | | | | | **$2,400.00** |

Debtor **Uncle Munchies, LLC**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Microsan Corporation**<br>**90-4 Colin Drive**<br>**Holbrook, NY 11741** | | **General Tangible & Intangible** | **Contingent**<br>**Unliquidated**<br>**Disputed** | $3,815.00 | $0.00 | $3,815.00 |
| **Mike's Meats Service**<br>**19 Palmero Street**<br>**Hicksville, NY 11801** | | | | | | $8,753.00 |
| **National Business Capital**<br>**1 Corporate Drive**<br>**Suite 202**<br>**Bohemia, NY 11716** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | $8,000.00 | $0.00 | $8,000.00 |
| **National Grid**<br>**300 Erie Boulevard West**<br>**Syracuse, NY 13201** | | | | | | $3,146.00 |
| **New Wave Seafood**<br>**1841 Wantaugh Avenue**<br>**Wantagh, NY 11793** | | | | | | $2,050.00 |
| **NYS Worker's Comp Board**<br>**PO Box 5205**<br>**Binghamton, NY 13902** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | $32,000.00 |
| **Orrino Insurance Group**<br>**360 Route 109**<br>**West Babylon, NY 11704** | | | | | | $3,300.00 |
| **PSEG**<br>**175 E Old Country Road**<br>**Hicksville, NY 11801** | | | | | | $6,785.00 |
| **Southern Wines & Spirits**<br>**313 Underhill Blvd**<br>**Syosset, NY 11791** | | | | | | $2,500.00 |
| **Tina Seib**<br>**314 Westview Avenue**<br>**Deer Park, NY 11729** | | | | | | $120,000.00 |
| **WBAB**<br>**555 Sunrise Highway**<br>**West Babylon, NY 11704** | | | | | | $2,500.00 |

495 Express Foods
84 Crossway East
Bohemia, NY 11716


Allstar Specialties Corp
29 Wyandanch Avenue
Wyandanch, NY 11798


American Classic Ice Crea
1565 5th Industrial Court
Bay Shore, NY 11706


Aramark
50 Mercedes Way
Brentwood, NY 11717


Arrow Produce
461 Railroad Avenue
Westbury, NY 11590


Bethpage Federal Credit
Union
899 South Oyster Bay Road
Bethpage, NY 11714-1030


Boening Bros Distributors
1098 Rte 109
Lindenhurst, NY 11757


Clare Rose Inc
100 Rose Executive Blvd
East Yaphank, NY 11967


Clear Beer Draft Systems
51 Fawn Lane South
South Setauket, NY


Colonial Funding Network
1501 Broadway
Suite 1515
New York, NY 10036


Direct Merchants Bank
PO Box 5894
Carol Stream, IL 60197-5894

```
Direct TV
PO Box 5006
Carol Stream, IL 60197


Don Refrigeration Co
194 Old Sunrise Hwy
Massapequa, NY 11758


Driscoll Foods
174 Delawanna Avenue
Clifton, NJ 07014


Eagle Sanitation, Inc
20 Otis Street
West Babylon, NY 11704


Economy Systems Ltd
345 Central Avenue
#E
Bohemia, NY 11716


Eugene Arnold
314 Westview Ave
Deer Park, NY


Frasca Design
156 Mineola Blvd
Mineola, NY 11501


Gianni Landscaping
PO Box 854
Lindenhurst, NY 11757


Grapes & Greens
700 Furrows Road
Holtsville, NY 11742


Humberto Hernandes



Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114
```

```
JP Polidoro Inc
67 Village Lane
Hauppauge, NY 11788


Lakeville Realty
75 Smith Street
Lindenhurst, NY 11757


Lakeville Realty Co
75 East Hoffman Avenue
Lindenhurst, NY 11757


Long Island Beverage
94 Concklin Street
#F
Farmingdale, NY 11735


Marshall Coffee Services
88 W Industry Court
Deer Park, NY 11729


Mathews Food Distributors
245 Rte 109
West Babylon, NY 11704


Microsan Corporation
90-4 Colin Drive
Holbrook, NY 11741


Mike's Meats Service
19 Palmero Street
Hicksville, NY 11801


National Business Capital
1 Corporate Drive
Suite 202
Bohemia, NY 11716


National Grid
300 Erie Boulevard West
Syracuse, NY 13201


New Wave Seafood
1841 Wantaugh Avenue
Wantagh, NY 11793
```

Newsday
George E. Stella, Esq.
200 Garden City PLaza
Garden City, NY 11530


NYS Dept of Tax & Finance
Bankruptcy Section
PO BOX 5300
Albany, NY 12205


NYS Dept. of Tax & Finan
Bankruptcy Unit - TCD
Bldg 8, Room 455
WA Harriman Campus
Albany, NY 12227


NYS Worker's Comp Board
PO Box 5205
Binghamton, NY 13902


Orrino Insurance Group
360 Route 109
West Babylon, NY 11704


Prime Pay
c/o Transworld
3505 Silverside Road
Wilmington, DE 19810


PSEG
175 E Old Country Road
Hicksville, NY 11801


Rewards Network Establish
2 N. Riverside PLaza
Suite 200
Chicago, IL 60606


Rhino Services
245 Townpark Drive
Suite 400
Kennesaw, GA 30144


SKI Beer Corp
169 Gardner Avenue
Brooklyn, NY 11237

Southern Wines & Spirits
313 Underhill Blvd
Syosset, NY 11791


Suffolk County Water
2045 Rte 112
#5
Coram, NY 11727


Tina Seib
314 Westview Avenue
Deer Park, NY 11729


Titan Fire Sprinklers
380 Neptune Avenue
West Babylon, NY 11797


Tommy Maloneys Inc.
1 Amboy Ave
Woodbridge, NJ 07095


Union Beer Distributors
1213 Grand Street
Brooklyn, NY 11211


United States Attorney
Eastern District of NY
610 Federal Plaza, 5th fl
Central Islip, NY 11722


Verizon
PO Box 15124
Albany, NY 12212


WBAB
555 Sunrise Highway
West Babylon, NY 11704


Winter Bros
1198 Prospect Avenue
Westbury, NY 11590

# United States Bankruptcy Court
## Eastern District of New York

In re   **Uncle Munchies, LLC**                                     Case No.
                                    Debtor(s)                       Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Uncle Munchies, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May  4, 2016** | **/s/ Robert J. Spence** |
| Date | **Robert J. Spence** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Uncle Munchies, LLC** |
| | **Spence Law Office, P.C.** |
| | **500 N. Broadway** |
| | **Suite 149** |
| | **Jericho, NY 11753** |
| | **516-336-2060 Fax:516-605-2084** |